IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY EUGENE SAFFOLD,

    Petitioner,               No. 2:13-cv-0833 KJN P

    vs.

RICK HILL, Warden,

    Respondent.        ORDER

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Therefore, petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

////

////

1

1  　　　　　2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2  pauperis form used by this district.
3  DATED: May 3, 2013
4
5  　　　　　　　　　　　　　　　　　_____
6  　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
   　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
7  saff0833.101a